IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY ANDREW MOORE,

    Petitioner,                    No. CIV S-07-1365 LEW EFB P

    vs.

T. FELKER, Warden, et al.,

    Respondents.                ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 10, 2008, petitioner requested an extension of time to file his opposition to respondents' motion to dismiss, together with a request for the appointment of counsel. *See* Fed. R. Civ. P. 6(b).

       There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

/////

/////

1

Accordingly, it hereby is ORDERED that:

1. Petitioner's January 10, 2008, request for an extension of time in which to file an opposition to respondents' motion to dismiss is granted. Petitioner has 30 days from the date this order is served in which to file his opposition. Failure to do so may result in a recommendation that this action be dismissed.

2. Petitioner's January 10, 2008, request for the appointment of counsel is denied without prejudice.

Dated: January 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE